UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00300-CKD |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| DJ SEKANY, | ) ) | DATE:  September 16, 2021 |
| Defendant. | ) ) ) ) ) | TIME:  9:30 a.m. JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00300-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on September 16, 2021, is vacated.

IT IS SO ORDERED.

Dated:  August 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE